UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-02880
Tarsha Chapman )
) Chapter: 13
) Honorable Deborah L. Thorne
)
Debtor(s) )

## ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED AS FOLLOWS:

1. The monthly plan payment is increased to $620.

Enter: *[signature]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: November 21, 2016

**Prepared by:**

Ashley Chike
Geraci Law LLC
55 E. Monroe St., Ste. 3400
Chicago, IL 60603