UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 16-02880
Tarsha Chapman )
) Chapter: 13
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

**ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN**

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED AS FOLLOWS:

1. The June 2018 plan payment is suspended.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: May 30, 2018

**Prepared by:**

Ashley Chike
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603